**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

John Ellering, et al.,

        Plaintiffs,                       Civil No. 10-1025 (RHK/RLE)

vs.                                         **ORDER**

Sellstate Realty Systems Network, Inc.,
et al.,

        Defendants.

---

        This matter is venued in the Sixth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 31, 2010

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge