UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Ellering; Karen Ellering; Select Associates Realty, LLC; EJK, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Sellstate Realty Systems Network, Inc.; Arthur Darmanin; Neil Cresswell; Michael Krein,<br><br>Defendants. | Civil File No.: 10-cv-01025 (RHK/LIB)<br><br>**DEFENDANT MICHAEL KREIN'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

Defendant Michael Krein by and through his undersigned counsel, hereby moves the Court for an Order:

1. Dismissing with prejudice defendant Michael Krein pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. For such other and further relief as the Court deems appropriate.

This motion is based on a Memorandum of Law, Affidavit, and Proposed Order, to be served and filed, as well as the arguments of counsel and all the files, records, and proceedings in this matter.

Dated: August 31, 2010       BEST & FLANAGAN LLP

                              By *s/Robert L. Meller*

                              Robert L. Meller (#71912)
                              Alison L. Olig (#389233)

225 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-4331
(612) 339-7121

AND

HENDERSON, FRANKLIN, STARNES & HOLT

Scott A. Beatty (Florida Bar # 0084638)
(*Admitted Pro Hac Vice*)
1715 Monroe Street
P.O. Box 280
Fort Myers, Florida 33902-0280
(239) 344-1169

ATTORNEYS FOR DEFENDANTS
Sellstate Realty Systems Network, Inc., Arthur Darmanin, Neil Cresswell, and Michael Krein

019653/310001/1224234_1