UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Ellering, *et al.*,

                Plaintiffs,

                                      Civ. No. 10-1025 (RHK/LIB)
                                      **ORDER**

v.

Sellstate Realty Systems Network, Inc.,
*et al.*,

                Defendants.

---

      This matter is before the Court on the parties' Stipulation and Joint Motion to Enlarge Time for Compliance with Order Regarding Submission of Trial Materials (Doc. No. 125). Having considered the same, **IT IS ORDERED** that the Joint Motion is **GRANTED** and the Stipulation is **APPROVED**. If the parties are unable to resolve this case at the September 14, 2011, settlement conference, their initial trial materials (as described in the Court's July 29, 2011 Order (Doc. No. 120)) shall be exchanged within 5 days of the Court's ruling on the remaining portions of Defendants' Motion for Summary Judgment, assuming (of course) that the case survives summary judgment. Responsive and reply trial materials, as more fully described in the July 29 Order, shall be filed, respectively, 7 and 14 days thereafter.

Dated: August 30, 2011                                      s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge